October 18, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MARY E. HALEY, Appellant

NO. 14-11-01051-CV                    V.

HARRIS COUNTY, ON BEHALF OF ITSELF AND THE FOLLOWING COUNTY-WIDE TAXING AUTHORITIES, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT,  THE HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, AND HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Harris County, on behalf of itself and the following county-wide taxing authorities, The Harris County Department of Education, The Port of Houston Authority of Harris County, The Harris County Flood Control District, The Harris County Hospital District, City of Houston, Houston Independent School District, and Houston Community College System, signed November 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mary E. Haley, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.